**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Melvin HUMES, Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Carlington Cruickshank, Defendant–**
**Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Anthony Cox, Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Selva Hudson, Defendant–Appellant.**

**Nos. 05–10497, 05–10498,**
**05–10501, 05–10743.**

United States Court of Appeals,
Eleventh Circuit.

April 4, 2006.

Barry M. Wax, Albert Z. Levin, Law Offices of Albert Z. Levin, P.A., Jacqueline Esther Shapiro, Assistant Federal Public Defender, Kathleen M. Williams, Brian T. James, Zuckerman Spaeder, LLP, Steve Chaykin, Miami, FL, for Defendant–Appellant.

Marc Osborne, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT and HULL, Circuit Judges, and RESTANI,* Judge.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's denial of the defendants' motion to dismiss the indictment for lack of jurisdiction. The vessel in issue was one without nationality that was subject to United States jurisdiction under 46 U.S.C. app. § 1903. Accordingly, we affirm the defendants' convictions.

**AFFIRMED.**

* Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.